## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Tanya Stanley-Williams a/k/a Tanya
Stanley

              Debtor(s)

CHAPTER 13

BKY. NO. 22-11068 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Self Help Ventures Fund and index same on the master mailing list.

                         Respectfully submitted,

/s/Rebecca Solarz

Rebecca Solarz
12 May 2022, 14:00:40, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: fe95392999bde032a3880f38fb90827a3fe359617aef83fa301dde791784b5b3