*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Tanya Stanley–Williams
    Debtor(s)

Case No: 22–11068–mdc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $100.00 will be held before the Honorable Magdeline D. Coleman ,United States Bankruptcy Court

on: 6/28/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: June 13, 2022

20
Form 175