# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11068-MDC

TANYA STANLEY-WILLIAMS

1206 W Lafayette Street

Norristown, PA 19401

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TANYA STANLEY-WILLIAMS

    1206 W Lafayette Street

    Norristown, PA 19401

Counsel for debtor(s), by electronic notice only.

    TIMOTHY ZEARFOSS
    Law Office of Timothy Zearfoss
    143-145 LONG LANE
    UPER DARBY, PA 19082-

                                        /S/ Kenneth E. West

Date: 6/15/2022                                    _____

                                                        Kenneth E. West, Esquire
                                                        Chapter 13 Standing Trustee